No: 22-1627

**In This Court of Record at the United States Court of Appeals for the First Circuit**

**Kemeh, Kevin Dela**

    Plaintiff, Appellant

v.

**State of Massachusetts, Massachusetts Registry of Motor Vehicles, Massachusetts Department of Transportation,**

    Defendants, Appellees

On Appeal for the United States District Court for the District of Massachusetts

Case No: 22-CV-40022

**PLAINTIFF'S RESPONSE TO THE CLERK ORDER**

By: Kemeh, Kevin Dela
Sui Juris, Pro Se
Address: PO BOX 20649
Worcester, MA 01602
Contact: kevindelakem@gmail.com

Date: 09/07/2022

**THIS FILING IS IN RESPONSE TO THE CLERK ORDER ENTERED ON 09/07/2022.**

**PLAINTIFF'S RESPONSE:**

- **Yes**, the filing on **08/16/2022** titled "Appellant's Verified Affidavit in Support of Appeal" **is appellant's opening brief for this appeal.**

- The opening brief was served to appellees and a "Certificate of service" was filed on **08/26/2022**.

- **The Clerk is now ordered to set appellees' brief deadline, he or she may resort to the "Certificate of Service" filed on 08/26/2022 to set the proper date.**

  **Copies Sent to Appellees and the Clerk**

**VERIFICATION**

_Kevin Dela Kemeh_ proved to be the man whose name is subscribed to this instrument. On _September 7 2022_ he executed the same as the man, one of the people of Massachusetts, state, SUI JURIS DE JURE and upon his AUTOGRAPH this AFFIDAVIT shall stand as truth.

I VERIFY UNDER PENALTY OF PERJURY under the lawful laws of Massachusetts and under the laws of the United States of America that this document is true and correct to my knowledge

_[signature]_

Kevin Dela Kemeh

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

*(handwritten annotation: "Clerk order")*

September 7, 2022

Kevin Kemeh
PO Box 20649
Worcester, MA 01602

    Re: Kemeh v. State of Massachusetts, et al
        Appeal No. 22-1627

Dear Kevin Kemeh

    The Clerk's Office is in receipt of your document titled "Verified Affidavit" tendered on August 16, 2022, which appears to be your brief. Please be advised that a briefing schedule was set on September 2, 2022 in your case, setting a deadline of **October 12, 2022** for your opening brief. Unless you instruct otherwise in writing, the referenced pleadings will be docketed as your brief if the court receives nothing further by **October 12, 2022**.

                                  Sincerely,

                                  Maria R. Hamilton, Clerk

cc:
Maura Tracy Healey

USPS Priority Mail Express label.

FROM:
Kevin Dela Isench
P.O. Box 20649
Worcester MA 01602

TO:
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

ZIP+4: 02210

U.S. POSTAGE PAID
PME 1-Day
WORCESTER, MA 01613
SEP 07 22
AMOUNT $26.95
R2305H131069

EI 259 960 184 US

PO ZIP Code: 01613
Scheduled Delivery Date: 9/8/22
Postage: $26.95
Date Accepted: 9/7/22
Scheduled Delivery Time: 3:00 PM
Time Accepted: 5:34 PM
Flat Rate
Acceptance Employee Initials: AM
Total Postage & Fees: $26.95

Case: 22-1627    Document: 00118049101    Page: 4    Date Filed: 09/19/2022    Entry ID: 6518940